IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF VIRGINIA

Richmond Division

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CRIMINAL NO. 3:16mj 188 |
| | ) | |
| v. | ) | |
| | ) | |
| STEPHEN POWELL, | ) | |
| | ) | |
| Defendant. | ) | |

## CRIMINAL INFORMATION

THE UNITED STATES ATTORNEY CHARGES THAT:

At all relevant times:

1. The defendant, STEPHEN POWELL, was on Fort Lee, Virginia, in the Eastern District of Virginia.

2. Fort Lee, Virginia is property administered by the Department of Defense and is within the special territorial jurisdiction of the United States and this Court.

## COUNT ONE

(Misdemeanor – Citation No. 6384752)

On or about June 3, 2016, in the Eastern District of Virginia at Fort Lee, Virginia, property administered by the Department of Defense, within the jurisdiction of this Court, and being a place within the special territorial jurisdiction of the United States, defendant, STEPHEN POWELL, was found operating a motor vehicle ~~under the influence of alcohol~~ recklessly.

U.S. v. STEPHEN POWELL

(In violation of Title 18, United States Code, Section 13, assimilating the 1950 Code of Virginia, as amended, Sections ~~18.2-266 and 18.2-270 et seq.~~)
46.2-852

### NOTICE OF REFUSAL

Pursuant to Title 18, United States Code, Section 3118, the Court is hereby given Notice that on or about June 3, 2016, at Fort Lee, Virginia, property administered by the Department of Defense, in the Eastern District of Virginia, and within the special territorial jurisdiction of the United States and this Court, defendant, STEPHEN POWELL did refuse to submit to a test of his blood, breath or urine after having been apprehended for the offense of operating a motor vehicle under the influence of alcohol or other self-administered intoxicant or drug.

### COUNT TWO

(Petty Offense – Citation No. 6384751)

On or about June 3, 2016, in the Eastern District of Virginia at Fort Lee, Virginia, property administered by the Department of Defense, within the jurisdiction of this Court and the special territorial jurisdiction of the United States, defendant, STEPHEN POWELL was found operating a motor vehicle on the highways of Virginia in excess of the posted speed limit, to wit: 62 miles per hour in a posted 45 miles per hour zone. (In violation of 32 Code of Federal Regulations, Section 634.25(f), adopting the 1950 Code of Virginia, as amended, Section 46.2-878.)

U.S. v. STEPHEN POWELL

DANA J. BOENTE
UNITED STATES ATTORNEY

By: _____/s/_____
Stephen C. Dimpsey
Special Assistant United States Attorney
United States Attorney's Office
919 East Main Street, Suite 1900
Richmond, VA 23219
Phone: (804) 765-1477
Fax: (804) 765-1950
stephen.c.dimpsey.mil@mail.mil