IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

UNITED STATES OF AMERICA

v. Stephen Powell

Criminal Case No. 3:16MJ188(DJN)

Defendant.

## STATEMENT OF RIGHTS AND WAIVER

The United States Magistrate Judge has explained to me the nature of the charges against me and the maximum penalty that may be imposed on each charge if I am found guilty. The United States Magistrate Judge has also informed me of my right to a lawyer, my right to a jury trial, and my right to be tried, judged, and sentenced before either a United States district judge or a United States magistrate judge. I have been further advised of the statutory provision of the Speedy Trial Act relating to my right to have at least 30 days to prepare for trial, pursuant to 18 U.S.C. § 3161(c)(2).

Having been so advised, and acknowledging that I understand these rights, I hereby:

☒ Waive my right to trial, judgment and sentencing by a United States district judge.

☒ Consent to being tried, judged, and sentenced by a United States magistrate judge.

☒ Waive my right to trial by jury before either a United States district judge or a United States magistrate judge.

☒ Waive my right to have this matter continued for 30 days under the Speedy Trial Act and consent to an immediate trial or to the trial date set by the Court.

The United States hereby:

☒ Consents to Defendant being sentenced by a United States magistrate judge.

☒ Consents to the jury-trial waiver.

Date: 7-29-2016

Date: 7/29/16

Date: 7/29/16

Date: 7/29/16

_____
Defendant

_____
Counsel for Defendant

_____
Counsel for the United States

Approved: _____/s/_____
David J. Novak
United States Magistrate Judge